NIED. The Prothonotary is directed to strike the name of the jurist from the caption.

Commonwealth, Ellen GRANAHAIN
ex. rel. Joseph Saylor,
Petitioner

v.

Gerald ROZUM, Common Pleas Court of Philadelphia Judge, Gwendolyn N. Bright, et. al., Respondents.

No. 179 EM 2013.

Supreme Court of Pennsylvania.

Jan. 29, 2014.

### ORDER

PER CURIAM.

AND NOW, this 29th day of January, 2014, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Habeas Corpus and the Application for an Immediate Hearing are DENIED.

COMMONWEALTH of Pennsylvania,
Respondent

v.

Raul DIAZ, Petitioner.

No. 166 EM 2013.

Supreme Court of Pennsylvania.

Jan. 29, 2014.

### ORDER

PER CURIAM.

AND NOW, this 29th day of January, 2014, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.

Christina GRIMES, Respondent

v.

ENTERPRISE LEASING COMPANY OF PHILADELPHIA, Petitioner.

Supreme Court of Pennsylvania.

Jan. 30, 2014.

*ORDER*

PER CURIAM.

AND NOW, this 30th day of January, 2014, the Petition for Allowance of Appeal is GRANTED. The issues, as stated by Petitioner, are:

1. Whether the Superior Court erred when it held that a private plaintiff who alleges deceptive conduct under the UTPCPL's "catch-all" provision, 73 P.S. § 201–2(4)(xxi), need not allege and prove justifiable reliance, contrary to the decisions of this Court, earlier decisions of the Superior Court, and federal decisions construing the UTPCPL.

2. Whether the Superior Court erred when it held that a plaintiff may satisfy the UTPCPL's "ascertainable loss" requirement by voluntarily hiring an attorney and allegedly incurring litigation costs to challenge allegedly wrongful conduct, even where, as here, the plaintiff paid no money to the defendant as a result of that conduct.